IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HUMANA, INC., | : | |
| **Plaintiff,** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO.   20-4602 |
| INDIVIOR INC. f/k/a RECKITT BENCKISER PHARMACEUTICALS, INC., et al., | : | |
| **Defendants.** | : | |
| | : | |
| CENTENE CORPORATION, et al. | : | |
| **Plaintiffs,** | : | CIVIL ACTION |
| | : | |
| v. | : | NO.   20-5014 |
| INDIVIOR INC. f/k/a RECKITT BENCKISER PHARMACEUTICALS, INC., et al. | : | |

**ORDER**

**AND NOW**, this 22nd day of July, 2021, upon consideration of **(1)** the Motion to Dismiss by Defendants Indivior Inc. and Indivior Solutions, Inc. (Civ. A. No. 20-4602, ECF No. 54; Civ. A. No. 20-5014, ECF No. 61), Plaintiffs' Response (Civ. A. No. 20-4602, ECF No. 59; Civ. A. No. 20-5014, ECF No. 66), Indivior Inc. and Indivior Solutions, Inc.'s Reply (Civ. A. No. 20-4602, ECF No. 65; Civ. A. No. 20-5014, ECF No. 72), Indivior Inc. and Indivior Solutions, Inc.'s Notice of Supplemental Authority (Civ. A. No. 20-4602, ECF No. 70; Civ. A. No. 20-5014, ECF No. 77), and Plaintiffs' response to the Notice of Supplemental Authority (Civ. A. No. 20-4602, ECF No. 72; Civ. A. No. 20-5014, ECF No. 79); **(2)** the Motion to Dismiss by Defendant Indivior plc (Civ. A. No. 20-4602, ECF No. 53; Civ. A. No. 20-5014, ECF No. 60), Plaintiffs' Response (Civ. A. No. 20-4602, ECF No. 60; Civ. A. No. 20-5014, ECF No. 67), and Indivior plc's Reply (Civ. A. No. 20-4602, ECF No. 66; Civ.

A. No. 20-5014, ECF No. 73); **(3)** the Motion to Dismiss by Defendants Reckitt Benckiser Group plc and Reckitt Benckiser Healthcare (UK) Ltd. (Civ. A. No. 20-4602, ECF No. 55; Civ. A. No. 20-5014, ECF No. 62), Plaintiffs' Response (Civ. A. No. 20-4602, ECF No. 62; Civ. A. No. 20-5014, ECF No. 69), and Defendants Reckitt Benckiser Group plc and Reckitt Benckiser Healthcare (UK) Ltd.'s Reply (Civ. A. No. 20-4602, ECF No. 68; Civ. A. No. 20-5014, ECF No. 75); and **(4)** the Motion to Dismiss by Aquestive Therapeutics, Inc. (Civ. A. No. 20-4602, ECF No. 56; Civ. A. No. 20-5014, ECF No. 63), Plaintiffs' Response (Civ. A. No. 20-4602, ECF No. 61; Civ. A. No. 20-5014, ECF No. 68), and Aquestive Therapeutics, Inc.'s Reply (Civ. A. No. 20-4602, ECF No. 69; Civ. A. No. 20-5014, ECF No. 76), it is hereby **ORDERED** that the Motions are **GRANTED** and the Complaints are **DISMISSED WITH PREJUDICE**.

The Clerk of Court shall mark these cases **CLOSED**.

                                              **BY THE COURT:**

                                              */s/ Mitchell S. Goldberg*
                                              **MITCHELL S. GOLDBERG, J.**